# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 24, 2021

## NO. 03-20-00554-CV

**D. S. and K. S. S., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the district court's order of termination signed on November 12, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.